# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| --- | --- | --- |
| | : | |
| **v.** | : | |
| Ashvin Panchal | : | **NO.** 21-CR-132-2 |
| | : | |

## CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is **released on bail** in the amount of: $
   50,000 **O/R**
       **cash**
       **secured by**:
           % cash
           property at:
           **Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

### PRETRIAL SERVICES

  x   Defendant shall report to Pretrial Services:
          x    **as directed** by Pretrial Services.
               times per week **in person**.
               times per week **via telephone**.

      Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
      Defendant shall submit to **random drug testing** as directed by Pretrial Services.
      Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.
      Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
      Defendant shall submit to **location monitoring** at the following address:

_____

        This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

      **Curfew.** You are restricted to your residence every day from _____ to _____, during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

      **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

      **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

## PASSPORT

  x   Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

\_\_\_\_ Travel is restricted to the **Eastern District of Pennsylvania**.
  x   Travel is restricted to the \_\_\_Continental United States\_\_\_.
\_\_\_\_ Unless prior permission is granted by Pretrial Services.

## FIREARMS

  X   Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

  X   Defendant shall not discuss the case in any way with **co-defendants** or **potential witnesses** in this case, unless defense counsel is present.
\_\_\_\_ Defendant must maintain present **employment**.
\_\_\_\_ Defendant must **actively seek** gainful employment.
\_\_\_\_ Defendant shall undergo a **mental competency evaluation**.
\_\_\_\_ Defendant must reside:

      **at**: _____

      **with**: _____

## COMPUTERS/INTERNET

\_\_\_\_ The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

       **No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

       **Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

       **Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

       **Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

       **Other Restrictions**:

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail and imprisonment pending trial.


_/s M. Beth Leahy_  
AUSA M. Beth Leahy

/s/ Patrick J Egan  
DEFENSE ATTORNEY


It is so ORDERED this  20th  day of  July , 20 21 .


BY THE COURT:

    _s/Richard A. Lloret_  
    RICHARD A. LLORET

    UNITED STATES MAGISTRATE/DISTRICT JUDGE